## STATE LIFE INSURANCE COMPANY v. JAMES.

[No. 12,684.    Filed March 11, 1927.]

From Marion Circuit Court (36,279); *Harry O. Chamberlin,* Judge.

Action between the State Life Insurance Company and Edna Josephine James. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Charles F. Coffin* and *H. S. McMichael,* for appellant.

*Samuel D. Miller, Frank C. Dailey, William H. Thompson, Albert L. Rabb, Thomas D. Stevenson* and *Perry E. O'Neal,* for appellee.

PER CURIAM.—Affirmed.

Dausman, J., absent.

## FILIPOVICH ET AL. v. ILLINOIS STEEL COMPANY.

[No. 12,821.    Filed March 11, 1927.]

From Industrial Board of Indiana.

Proceedings under the Workmen's Compensation Act by Manda Filipovich and others against the Illinois Steel Company. From the award made, the claimants appeal. *Affirmed.* By the court in banc.

*Knapp & Campbell, Paul R. Conaghan* and *Joseph L. Earlywine,* for appellants.

*William J. McAleer, Francis J. Dorsey* and *Gerald A. Gillett,* for appellee.

PER CURIAM.—Affirmed.

## HATFIELD v. HATFIELD.

[No. 12,531.    Filed November 18, 1926.    Rehearing denied March 11, 1927.]

From Marion Superior Court (A 30,482); *Clinton H. Givan,* Judge.

Action between Robert C. Hatfield and Melba P. Hatfield. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Fred McCallister, Emsley W. Johnson* and *Chester L. Zechiel,* for appellant.

*Arthur R. Robinson, Frank A. Symmes, Garth B. Melson, Donald F. Lafuze* and *Earl R. Cox,* for appellee.

PER CURIAM.—Judgment affirmed.